**STATE of Missouri, Respondent,**

v.

**Merrill A. JACOBS, Appellant.**

**No. WD 43983.**

Missouri Court of Appeals,
Western District.

Oct. 29, 1991.

Brad B. Baker, Columbia, for appellant.

William L. Webster, Atty. Gen., John P. Pollard, Asst. Atty. Gen., Jefferson City, for respondent.

Before LOWENSTEIN, C.J., and SHANGLER and TURNAGE, JJ.

### ORDER

PER CURIAM:

Appeal from conviction for stealing, a Class C felony, § 570.030, RSMo 1986, and assault of a law enforcement officer in the third degree, § 565.083, RSMo Cum.Supp. 1990, and sentence as a prior and persistent offender of twelve years and one year to run concurrently.

Judgment affirmed. Rule 30.25(b)

■

**STATE ex rel. Tom DAY,
et al., Appellants,**

v.

**BOARD OF ZONING ADJUSTMENT OF KANSAS CITY, Missouri, et al., Respondents.**

**No. WD 44531.**

Missouri Court of Appeals,
Western District.

Oct. 29, 1991.

Rodger J. Walsh, Independence, for appellants.

Richard N. Ward, City Atty., Kathleen A. Hauser, Asst. City Atty., Kansas City, for respondents.

Before LOWENSTEIN, C.J., and SHANGLER and TURNAGE, JJ.

### ORDER

PER CURIAM:

Appeal from judgment affirming an order of the Board of Zoning Adjustment of the City of Kansas City.

Judgment affirmed. Rule 84.16(b).